**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 00-1896

_____

ANTHONY N. WHITING,

Plaintiff - Appellant,

versus

SKI'S AUTO WORLD PAINT AND BODY SHOP, INCOR-
PORATED; WILLIAM W. WESLOWSKI, d/b/a Ski's
Auto World Paint and Body Shop,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-98-215-5-BO)

_____

Submitted:  September 26, 2000        Decided:  October 12, 2000

_____

Before WILKINS, NIEMEYER, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony N. Whiting, Appellant Pro Se.  Susan Joyce Hall, Fayette-
ville, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony N. Whiting appeals the district court's order granting summary judgment in his former employer's favor in this employment discrimination action. We have reviewed the record, the district court's opinion, and Whiting's informal appellate brief. Because Whiting failed to challenge the bases for the district court's rulings, he has failed to preserve any issue for appellate review. See 4th Cir. R. 34(b). Moreover, Whiting's claims of attorney error provide no basis for relief. See Sanchez v. United States Postal Serv., 785 F.2d 1236, 1237 (5th Cir. 1986) (holding that there is no right to effective assistance of counsel in civil cases). Accordingly, we affirm on the reasoning of the district court. See Whiting v. Ski's Auto World Paint & Body Shop, Inc., No. CA-98-215-5-BO (E.D.N.C. June 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED